**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:

|  |  |
|---|---|
|  | **CASE NO.: 15-17187-sr** |
| **LOUIS B. STEVES,** | **CHAPTER 13** |
| **Debtor.** |  |

_____/

## <u>MOTION OF STRATEGIC DIVERSIFIED REAL ESTATE HOLDINGS, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT STRATEGIC TO FORECLOSE ON 511 WEST RUSCOMB STREET, PHILADELPHIA, PA 19120</u>

AND NOW comes Strategic Diversified Real Estate Holdings, LLC ("Strategic"), by and through its counsel, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code, as follows:

1. On or about January 9, 2013, Strategic obtained a judgment against Debtor to foreclose on Debtor's investment property located at 511 West Ruscomb Street, Philadelphia, PA 19120 ("Property").

2. Upon information and belief, the Property is an apartment building which is an investment property for Debtor.

3. Strategic is the holder of the first mortgage and note on the Property.

4. Debtor has failed to make his mortgage and note payments to Strategic since approximately 2013 or earlier.

5. The Philadelphia Sheriff's office was scheduled to sell the Property at an auction on October 6, 2015.

6. On October 5, 2015 (the eve of the sheriff's sale), Debtor filed a Chapter 13 bankruptcy petition to stop the sale of the Property.

7. As per the State Court judgment, Debtor owes Strategic $483,652.02 on its mortgage and note not including additional attorney's fees and costs associated with filing this Motion.

8. Strategic requests legal fees of $700.00 plus filing costs for the time and expense of pursuing this Motion.

9. No equity exists in the Property for the benefit of the unsecured creditors.

10. Movant's interests are being immediately and irreparably harmed. Movant is entitled to relief from the automatic stay pursuant to either 11 U.S.C. § 362 (d)(1) or (d)(2), because of the foregoing default and because:

    a. Movant, as a holder of the first mortgage lien securing a debt owed by Debtor, lacks adequate protection for its interests in the Property;

    b. Debtor does not have any equity in the Property; and

    c. The Property is not necessary to an effective reorganization or plan.

11. Movant requests that the Court waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the State Court's order.

12. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as Your Honorable Court deems fair and equitable.

By:_____/s/Jason Rabinovich_____
Jason Rabinovich, Esq.
Law Offices of Jason Rabinovich, PLLC.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: 267-423-4130
Fax: 610-862-3764
JasonRabinovich@jasonrabinovichlaw.com
*Attorney for Movant*

Dated: October 29, 2015

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 29, 2015, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

LOUIS B. STEVENS
122 ANNABEL ROAD
NORTH WALES, PA 19454

MICHAEL SETH SCHWARTZ
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

FREDERICK L. REIGLE
2901 ST. LAWRENCE AVE.
P.O. BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107


By:___/s/Jason Rabinovich_____
Jason Rabinovich, Esq.
Law Offices of Jason Rabinovich, PLLC.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: 267-423-4130
Fax: 610-862-3764
JasonRabinovich@jasonrabinovichlaw.com