## ALLONGE

ALLONGE to that certain Promissory Note (the "Note") dated as of September 21, 2007, in the original principal amount of $375,0010.00, executed by Louis Stevens ("Borrower") to the order of Washington Mutual Bank("Originator").

Pay to the order of STRATEGIC DIVERSIFIED REAL ESTATE HOLDINGS, LLC, a California limited liability company, having an address at 751 E. Daily Drive, Suite 116, Camarillo, CA 93010, WITHOUT RECOURSE, AND WITHOUT WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, except as specifically set forth in that certain Loan Sale Agreement, dated as of September 11, 2013.

Executed this 25th day of September, 2013.

SELLER: Stabilis Fund II, LLC

By: Stabilis General Partner, LLC
Its: Managing Member

By: _____
Name: Joseph J. Tuso
Its: Authorized Signatory

Page | 1

## BILL OF SALE

STABILIS FUND II, LLC ("Seller"), for value received and pursuant to the terms and conditions of that certain Loan Sale Agreement dated September 11, 2013, between Seller and STRATEGIC DIVERSIFIED REAL ESTATE HOLDINGS, LLC ("Buyer"), does hereby sell, assign, transfer and convey to Buyer, its heirs, administrators, representatives, successors and assigns, all rights, title and interests of Seller, as of the date hereof, in, to and under the Loan described in the Loan Sale Agreement.

THIS BILL OF SALE IS EXECUTED WITHOUT RECOURSE AND WITHOUT REPRESENTATIONS OR WARRANTIES OF ANY KIND OR NATURE, EXPRESSED, IMPLIED OR IMPOSED BY LAW, EXCEPT AS EXPRESSLY PROVIDED IN THE LOAN SALE AGREEMENT.

Executed this 25th day of September, 2013.

SELLER: Stabilis Fund II, LLC

By: Stabilis General Partner, LLC
Its: Managing Member

By: _____
Name: Joseph J. Tuso
Its: Authorized Signatory